## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In the Matter of the Search of     :
             :

2802 Concord Pike, Wilmington, DE 19803; :
3607 Kirkwood Highway, Wilmington, DE 19808; :
2911 Philadelphia Pike, Claymont, DE 19703; :
30 South Chapel Street, Newark, DE 19711; :  Case No. MC 08-154
101 N. Dupont Highway, New Castle, DE 19720; :
2960 Kirkwood Highway, Newark, DE 19711; and :
1530 N. Dupont Highway, New Castle, DE 19720 :

### MOTION TO SEAL

   **NOW COMES** the United States of America, by and through Colm F. Connolly, United

States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States

Attorney for the District of Delaware, and hereby moves the Court to order and direct that the

above-captioned search warrant application, affidavit, and warrants in this case be SEALED until

further order of the Court.

         Respectfully submitted,

         COLM F. CONNOLLY
         United States Attorney

     BY: _____
         Lesley F. Wolf
         Assistant United States Attorney

Dated: August 12, 2008

**IT IS SO ORDERED** this __12__ day of __August_____, 2008.

       _____
       HONORABLE MARY PAT THYNGE
       United States Magistrate Judge

```
F I L E D

AUG 1 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```