AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF _____ Delaware _____

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

30 South Chapel Street, Newark, DE 19711

## SEARCH WARRANT

CASE NUMBER: Mc O 8-154

REDACTED

TO: Special Agent Kimberly Mullings _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by     Special Agent Kimberly Mullings _____ who has reason to

believe that ☐ on the person of or ☒ on the premises known as (name. description and/or location)

30 South Chapel Street, Newark, DE 19711, and further described in Attachment A.

in the _____ District of     Delaware _____ there is now

concealed a certain person or property, namely (describe the person or property)

See Exhibit 4 incorporated herein by reference.

F I L E D

SEP 2 2008

[DISTRICT OF DELAWARE]

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before     8/22/08

Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime  —  6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   Hon. Mary Pat Thynge

U.S. Judge or Magistrate

as required by law.

August 12, 2008 _____

Date and Time Issued

at     Wilmington, Delaware

City and State

Hon. Mary Pat Thynge _____

Name and Title of Judicial Officer

_____

Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/12/08 | 8/13/08  0900 Hrs. | MANAGER |

INVENTORY MADE IN THE PRESENCE OF

Stefanie Fritzges

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

| Name | DOB |
|---|---|
| Nora Garcia-Munos | /88 |
| Rosa Renderos-Elias | /67 |
| Maria Valadez-Reyes | /74 |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____        8/15/08
U.S. Judge or Magistrate                              Date